No. 78–1101. BIANCONE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 78–1104. ADAMS ET AL. v. REIMER. C. A. 5th Cir. Certiorari denied.

No. 78–1115. DAYTONA BEACH RACING AND RECREATIONAL FACILITIES DISTRICT ET AL. v. COUNTY OF VOLUSIA ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1116. SHELL OIL CO. v. DEUKMEJIAN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 78–1151. SAFE STOP BRAKE CORP. v. GENERAL MOTORS CORP. C. A. 9th Cir. Certiorari denied.

No. 78–1171. SINGLETON v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 78–1198. MILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1208. CURTIS CIRCULATION CO. v. GOULD PAPER CORP. C. A. 2d Cir. Certiorari denied.

No. 78–1209. RICHARDSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1235. COBB v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5223. BEASLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5610. TRANOWSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.